

Brittany Weiner, Esq.
Direct Dial: (646) 767-2271
Facsimile: (212) 658-9177
E-mail: brittany@lawicm.com

April 9, 2024

**VIA ECF**
Honorable Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Wright v. TD Bank, N.A.*
      Civil Case No.: 24-cv-02356

Dear Judge Castel:

Our firm represents the Plaintiff, Yvonne Wright, and writes this letter to respectfully request an adjournment of the pre-trial conference scheduled for May 31, 2024. I will be out of the country that week until June 4, 2024 and respectfully request to adjourn the conference until after I return. This is Plaintiff's first request for an adjournment. No one has appeared yet for Defendant.

I am currently available for the conference: June 5, June 10, June 11 after 11am, and June 12.

Respectfully submitted,

/s/ *Brittany Weiner*
Brittany Weiner, Esq.

cc:   Counsel for Defendants via ECF

Conference Adjourned
From: May 31, 2024
To: June 28, 2024 at 11:00 a.m.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 4-9-24

Dial In: 1-888-363-4749
Access: 3667981