UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
YVONNE WRIGHT,

        Plaintiff,

v.

TD BANK, N.A.,

        Defendant.
----------------------------------------------------------X

Civil Action No. 24-02356

**AFFIDAVIT OF SERVICE**

    I, Rafael Da Cruz, am not a party to the action and am over the age of 18. On April 10, 2024, I served the summons and complaint on Defendant TD Bank, N.A. via CT Corporation at 28 Liberty Street, 42nd Floor, New York, New York 10005. I hand delivered the documents to Intake Specialist Vincenza Cipriano.

Dated: April 15, 2024

/s/ _Rafael_
Rafael Da Cruz

Brittany S. Weiner
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02WE6255634
Qualified in New York County
Commission Expires     May 11, 2024