UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:24-cv-02356-PKC
Date Filed: 04/02/2024

## AFFIDAVIT OF SERVICE

**Yvonne Wright**

    Plaintiff/Petitioner,

vs.

**TD Bank, N.A.**

    Defendant/Respondent.

State of New Jersey
County of Somerset    ss.

I, **Charles Deeck**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action

On **05/03/2024** at **12:20 PM**, I served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL** on TD Bank, N.A. at **6000 Atrium Way, Mount Laurel, NJ 08054** in the manner indicated below:

By delivering a true copy of this process to **Rob Jannini, Clerk** of the above named corporation and informing him/her of the contents.

Description of person served:
**Sex: Male - Age: 30-35 - Skin: White - Hair: Brown - Height: 5'8 - Weight: 175lbs**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this ___ day of _____, 20__
by an affiant who is personally known to me or produced identification.

NOTARY PUBLIC

Karen Swickle
NOTARY PUBLIC
State of New Jersey
ID # 50091984
My Commission Expires 10/11/2028

X _____
Charles Deeck - Lic#:
J & K Investigative Services Inc
P.O. Box 88
Somerville, NJ 08876
908-707-1900
Atty File#: - Our File# **110367**