**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YVONNE WRIGHT,

                Plaintiff,

-against-                                       24 **CIVIL** 2356 (PKC)

## **JUDGMENT**

TD BANK, N.A.,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated January 14, 2025, Defendant TD Bank's motion to dismiss the Complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      January 15, 2025

                                                         **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                   **BY:**           *K. Mango*

                                                         **Deputy Clerk**